UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANA STANFORD,

    Plaintiff,

                             Case No. 04-CV-71880

vs.                       HON. GEORGE CARAM STEEH

BLUE CROSS BLUE SHIELD OF
MICHIGAN, a Michigan Corporation,

    Defendant.
_____/

## JUDGMENT

    The above entitled matter has come before the court on defendant's motion for summary judgment, and in accordance with the court's order granting that motion and dismissing the complaint in its entirety, entered on June 3, 2005,

    IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of defendant.

                                             DAVID J. WEAVER
                                             CLERK OF THE COURT

                                             By: s/Josephine Chaffee
                                                Deputy Clerk

Dated  June 3, 2005
       Detroit, Michigan.